

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00276-CV

Ex parte H.E.A.

On Appeal from the
440th District Court of Coryell County, Texas
Trial Court Cause No. DEC-19-50433

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, and it is ordered to pay all costs of the appeal from which it is not exempt by statute.

We further order this decision certified below for observance.

June 9, 2022